UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
William A. Niese, et al.
               Plaintiffs

v.

Alliance Bernstein, L.P.
               Defendant
-----------------------------------------------------

11 Civ. 4538 (RJH)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/12

This case is one of a family of actions relating to the leveraged buyout and bankruptcy of the Tribune Company. In particular, this case is related to a number of cases outside this district, identified as "tag-along" actions by the Judicial Panel on Multidistrict Litigation and transferred to this court by order of the Panel on January 5, 2012 for consolidation with multi-district litigation **11-MD-2296**.

Accordingly, the clerk of the court shall consolidate this case, **11 Civ. 4538** with docket number **11-MD-2296** and identify the cases as "related."

SO ORDERED

Richard J. Holwell
United States District Judge

Dated: January **10**, 2012
New York, New York