UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br>12 MC 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>MATTERS LISTED ON EXHIBIT A | |

**NOTICE OF DEFENDANTS' JOINT PHASE ONE MOTION TO DISMISS
THE INDIVIDUAL CREDITOR ACTIONS WITH PREJUDICE
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6).</u>**

PLEASE TAKE NOTICE that, pursuant to the Court's Master Case Order No. 3 (the "Master Case Order"), dated September 7, 2012, and Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying memorandum of law and all prior pleadings and proceedings herein, the Defendants in the Individual Creditor Actions, as defined in the Master Case Order, will move before the Honorable William H. Pauley, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on March 1, 2013 at 11:00 a.m., for an order dismissing with prejudice the claims asserted against them.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Master Case Order, answering papers, if any, must be filed on or before December 21, 2012, and Defendants' reply papers, if any, must be filed on or before February 4, 2013.

Dated: New York, New York
       November 6, 2012

                                         RESPECTFULLY SUBMITTED,

**Bingham McCutchen LLP**

By:   /s/ P. Sabin Willett
       P. Sabin Willett
       sabin.willett@bingham.com
       Michael C. D'Agostino
       michael.dagostino@binham.com

One Federal Street
Boston, MA 02110-1726

*Defendants' Executive Committee*

**Davis Polk & Wardwell LLP**

By:   /s/ Elliot Moskowitz
       Elliot Moskowitz
       elliot.moskowitz@davispolk.com

450 Lexington Avenue
New York, NY 10017

*Defendants' Executive Committee*

**Dechert LLP**

By:   /s/ Michael S. Doluisio
       Michael S. Doluisio
       michael.doluisio@dechert.com

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Defendants' Executive Committee*

**Entwistle & Capucci LLP**

By:   /s/ Andrew J. Entwistle
       Andrew J. Entwistle
       aentwistle@entwistle-law.com

280 Park Avenue
26th Floor
New York, NY 10017

*Defendants' Executive Committee*

**Gibson, Dunn & Crutcher LLP**

By:   /s/ Joel A. Feuer
       Joel A. Feuer
       jfeuer@gibsondunn.com

2029 Century Park East
Los Angeles, CA 90067

*Defendants' Executive Committee*

**Ice Miller LLP**

By:   /s/ Matthew L. Fornshell
       Matthew L. Fornshell
       matthew.fornshell@icemiller.com

250 West Street
Columbus, OH 43215

*Defendants' Executive Committee*

| | |
|---|---|
| **Katten Muchin Rosenman LLP** | **Milbank, Tweed, Hadley & McCoy LLP** |
| By: /s/ David C. Bohan<br>David C. Bohan<br>david.bohan@kattenlaw.com | By: /s/ Alan J. Stone<br>Alan J. Stone<br>astone@milbank.com<br>Andrew M. LeBlanc<br>aleblanc@milbank.com |
| 525 West Monroe Street<br>Chicago, IL 60661 | 1 Chase Manhattan Plaza<br>New York, NY 10005 |
| *Defendants' Executive Committee* | *Defendants' Executive Committee* |
| **O'Melveny & Myers LLP** | **Potter Stewart Jr. Law Offices, P.C.** |
| By: /s/ Daniel L. Cantor<br>Daniel L. Cantor<br>dcantor@omm.com | By: /s/ David N. Dunn<br>David N. Dunn<br>ddunn@potterstewartlaw.com |
| Times Square Tower<br>7 Times Square<br>New York, NY 10036 | The Merchants Bank Building<br>205 Main Street, Suite 8<br>Brattleboro, VT 05301 |
| *Defendants' Executive Committee* | *Defendants' Executive Committee* |
| **Proskauer Rose LLP** | **Robinson & Cole LLP** |
| By: /s/ Gregg M. Mashberg<br>Gregg M. Mashberg<br>gmashberg@proskauer.com<br>Stephen L. Ratner<br>sratner@proskauer.com | By: /s/ Steven R. Schoenfeld<br>Steven R. Schoenfeld<br>sschoenfeld@rc.com |
| 11 Times Square<br>New York, NY 10036 | 885 Third Avenue<br>Suite 2800<br>New York, NY 10022 |
| *Defendants' Executive Committee* | *Defendants' Executive Committee* |

| | |
|---|---|
| **Ropes & Gray LLP** | **Steptoe & Johnson LLP** |
| By: /s/ D. Ross Martin<br>D. Ross Martin<br>ross.martin@ropesgray.com | By: /s/ Mark A. Neubauer<br>Mark A. Neubauer<br>mneubauer@steptoe.com |
| 1211 Avenue of the Americas<br>New York, NY 10036-8704 | 2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067 |
| *Defendants' Executive Committee* | *Defendants' Executive Committee* |

**Wilmer Cutler Pickering Hale & Dorr LLP**

By: /s/ Philip D. Anker
 Philip D. Anker
 philip.anker@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Defendants' Executive Committee*

4