IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TRIBUNE COMPANY FRAUDULENT CONVEYANCE LITIGATION | Consolidated Multidistrict Action<br>11 MD 2296 (WHP)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br>William A Niese et al v. AllianceBernstein, L.P. et al<br>1:11-cv-04538-WHP | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), William A. Niese et al., hereby dismiss this action without prejudice solely against defendant Penson Financial Services, Inc., which has neither moved nor answered.

Dated: March 13, 2013

Respectfully submitted,

/s/ Jay Teitelbaum
Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
1 Barker Avenue Third Floor
White Plains, New York 10601
Tel.: (914) 437-7670
Email: jteitelbaum@tblawllp.com

*Counsel for Plaintiffs*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
3/15/13